# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EMILY RUCKER, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>)<br>NCO FINANCIAL SYSTEMS, INC. )<br>)<br>DEFENDANT. ) | Case No. 15-cv-02611 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorney and the Defendant and Defendant's attorney, that pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendant shall be and hereby is dismissed with prejudice, with each side to bear its own fees and costs.

**Dated: July 6, 2015**

CALLAHAN LAW FIRM, LLC

s/ *Ryan M. Callahan*
Ryan M. Callahan #25363
221 E. Gregory Blvd., Suite A
Kansas City, MO 64114
Ph: (913)-601-1620
Fx: (913)-273-1799
*Attorney for Plaintiff*

ARMSTRONG TEASDALE, LLP

s/ *Krystle M. Dunn*
Paul Croker #21627
Krystle M. Dunn #25263
2345 Grand Boulevard, Suite 1500
Kansas City, MO 64108-2617
Ph:  (816)-221-3420
Fx:  (816)-221-0786
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, Ryan M. Callahan, attorney for Plaintiff, hereby certify that on July 6, 2015, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: July 6, 2015**                                                                                           Respectfully submitted,

                                                                                            By:      /s/ *Ryan M. Callahan*

Ryan M. Callahan
*Callahan Law Firm, LLC*
221 E. Gregory Blvd., Suite A
Kansas City, MO 64114
Ph: (913)-601-1620
Fx: (913)-273-1799
ryan@callahanlawkc.com